UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CR-20118-UNGARO

STATE OF FLORIDA        :

vs.                     :

FREDDY L. PARKS,        :

    Defendant.         /

## NOTICE OF APPEAL

Notice is herby given that Freddy Lee Parks, defendant in the above named case, hereby appeals to the United States of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 28th day of October, 2014.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed via EM/ECF this 14th Day of November, 2014.

                      DONET, MCMILLAN & TRONTZ, P.A.
                      ATTORNEYS FOR DEFENDANT

                      By: _____/s/_____
                          DAVID A. DONET, JR., ESQ.
                          FLORIDA BAR NO.: 128910
                          ATTORNEY NO.: 15108

DONET, MCMILLAN & TRONTZ, P.A., ATTORNEYS AT LAW
SUITE 603, INTERAMERICAN PLAZA, 701 S.W. 27TH AVE, MIAMI, FL 33135•PHONE 305-643-0400•FAX 305-643-0491

10