| 08/27/2015 | 125 | TRANSCRIPT of trial proceedings as to Freddy Lee Parks held on 7-28-14 before Judge Ursula Ungaro, 90 pages, re: 92 Notice of Appeal - Final Judgment, Court Reporter: Patricia Sanders, 305-523-5548 / Patricia_Sanders@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2015. Redacted Transcript Deadline set for 10/1/2015. Release of Transcript Restriction set for 11/30/2015. (ps) (Entered: 08/27/2015) |