CASE N0: 14-15034-A
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

FREDDY LEE PARKS,

Defendant-Appellant.
_____

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
_____

**MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**


David A. Donet, Jr., Esq.
Florida Bar No.: 129810
Counsel for Defendant-Appellant
DONET, McMILLAN & TRONTZ, P.A.
3250 Mary Street, Suite 406
Miami, Florida 33131
Telephone: (305) 444-0030
Fax: (305) 444-0039
Email: donet@dmt-law.com

CASE N0: 14-15034-A

## NOTICE CONCERNING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Fed. R. App. P. 26.1, 11th Cir. R. 26.1-1, 11th Cir. R. 26.1-2(b), and 11th Cir. R. 26.1-3, the undersigned hereby certifies that the following persons and entities have an interest in the outcome of this case:

Burgess, Michelle D. (United States Probation Officer)

Caruso, Michael (Federal Public Defender)

Davis, Jelani Charles (Counsel for Co-Defendant at the District Court)

Jelani C. Davis PA (Counsel for Co-Defendant at the District Court)

Donet, Jr., David A. (Counsel for Defendant-Appellant, Freddy Lee Parks)

E.P. (Employee of Sunoco Gas Station) (Victim)

Ferrer, Wifredo A. (United States Attorney)

J.M. (Employee of McDonald's fast food restaurant) (Victim)

Johnson, Maurice A. (Assistant United States Attorney)

L.C. (Employee of The Check Cashing Store) (Victim)

M & M Market, Miami, FL (Victim)

M.K. (Employee of M & M Market) (Victim)

M.S. (Employee of Sunoco Gas Station) (Victim)

McDonald's fast food restaurant, Miami, FL (Victim)

O'Sullivan, Hon. John J. (United States Magistrate Judge)

C-1 of 2

CASE N0: 14-15034-A

## NOTICE CONCERNING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

### (Continued)

Otazo-Reyes, Hon. Alicia (United States Magistrate Judge)

P.M. (Employee of M & M Market) (Victim)

Padilla, Joaquin E. (Assistant Federal Public Defender)

Parks, Freddy Lee (Defendant-Appellant)

S.B. (Employee of M & M Market) (Victim)

Salyer, Kathleen M. (Assistant United States Attorney) (Counsel for Plaintiff-Appellee, United States of America)

Sunoco Gas Station, Miami, FL (Victim)

Telfair, Breezye (Assistant United States Attorney)

The Check Cashing Store, Miami, FL (Victim)

Turnoff, Hon. William C. (United States Magistrate Judge)

Ungaro, Hon. Ursula (United States District Judge)

Washington, Devin Louis (Co-Defendant)

CASE N0: 14-15034-A
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

FREDDY LEE PARKS,

Defendant-Appellant.
_____

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
_____

**MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

Defendant-Appellant, FREDDY LEE PARKS, by and through his undersigned attorney, again respectfully requests this Honorable Court to enter its Order granting an extension of time of at least fifteen days' duration to file the initial Brief in this appeal, and in support thereof, states as follows:

1.  Despite his best efforts, undersigned counsel has been unable to conclude preparing the initial Brief in this case as a result of his continued health problems, which has required that undersigned counsel cut short his work days and

continue to take sick leave. Unfortunately, two important parts of the treatment to get his digestive system condition under managed control are rest and stress reduction and this aspect of the treatment has taken a recent toll in undersigned counsel's ability to complete the Initial Brief in this appeal within the time graciously allowed by the Court to date.

2. Undersigned counsel conferred with Plaintiff-Appellee's counsel, Kathleen M. Salyer, AUSA, who has authorized him to represent to the Court that the government does not object to the extension requested.

3. Undersigned counsel certifies that this extension of time is requested in good faith and not for the purposes of delay.

4. This is Defendant-Appellant's fifth request for extension of time to file his initial Brief.

5. Undersigned counsel's client, Defendant-Appellant, Freddy Lee Parks, is incarcerated.

WHEREFORE, undersigned counsel requests that this Honorable Court extend the time for filing the initial Brief for a period of at least fifteen additional days, for the foregoing reasons.

Respectfully submitted,

s/David A. Donet, Jr.
David A. Donet, Jr., Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion for Extension of Time to File Initial Brief has been furnished by United States Mail to Defendant-Appellant, Freddy Lee Parks, B.O.P. Registration No. 02138-104 , USP COLEMAN I, U.S. PENITENTIARY, P.O. BOX 1033, COLEMAN, FL 33521; and by electronic filing to: Kathleen M. Salyer, Assistant United States Attorney, U.S. Attorney's Office, 99 N.E. 4th Street, Suite 523, Miami, FL 33132; Maurice A. Johnson, Assistant United States Attorney, U.S. Attorney's Office, 99 NE 4th Street, Suite 516, Miami, FL 33132; and Breezye Telfair, Special Assistant United States Attorney, U.S. Attorney's Office, 99 NE 4th Street, Suite 605, Miami, FL 33132 on March 21, 2016.

                                                s/ David A. Donet, Jr.
                                                David A. Donet, Jr., Esq.
                                                Florida Bar No.: 129810
                                                Counsel for Defendant-Appellant
                                                DONET, McMILLAN & TRONTZ, P.A.
                                                3250 Mary Street, Suite 406
                                                Miami, Florida 33131
                                                Telephone: (305) 444-0030
                                                Fax: (305) 444-0039
                                                Email: donet@dmt-law.com