IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **14-15034-AA**

United States of America,

Appellee,

- versus -

Freddy Parks,

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**UNITED STATES'S NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Wifredo A. Ferrer
United States Attorney
Attorney for Appellee
99 N.E. 4th Street
Miami, Florida   33132-2111
305-961-9295

Emily M. Smachetti
Chief, Appellate Division

Of Counsel

## United States v. Freddy Parks, Case No. 14-15034-AA
## United States's Notice Concerning Certificate of Interested Persons and Corporate Disclosure Statement

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a)(3) and 26.1-3, the undersigned certifies that the list set forth below is a complete list of the persons and entities previously included on the appellant's CIP, and also includes additional persons and entities (designated in bold face) who have an interest in the outcome of this case and were omitted from the appellant's CIP.

Burgess, Michelle D.

Caruso, Michael

Davis, Jelani C.

Donet, Jr., David A.

E.P.

Ferrer, Wifredo A.

**Goodman, Hon. Jonathan**

Johnson, Maurice A.

L.C.

M & M Market

M.K.

M.S.

**United States v. Freddy Parks, Case No. 14-15034-AA
United States's Notice Concerning Certificate of Interested Persons
and Corporate Disclosure Statement (Con't)**

McDonald's Corp. (MCD)

O'Sullivan, Hon. John J.

Otazo-Reyes, Hon. Alicia

Padilla, Joaquin E.

Parks, Freddy Lee

S.B.

Salyer, Kathleen M.

**Shipley, John**

**Smachetti, Emily M.**

Sunoco Inc. (SUN)

Telfair, Breezye

The Check Cashing Store

**Torres, Hon. Edwin G.**

Turnoff, Hon. William C.

Ungaro, Hon. Ursula

**United States v. Freddy Parks, Case No. 14-15034-AA**
**United States's Notice Concerning Certificate of Interested Persons**
**and Corporate Disclosure Statement (Con't)**

Washington, Devin Louis

**White, Hon. Patrick A.**

                                            s/Emily M. Smachetti
                                            Emily M. Smachetti
                                            Chief, Appellate Division
                                            99 N.E. 4th Street, #512
                                            Miami, FL 33132
                                            (305) 961-9295
                                            Emily.Smachetti@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2016 the foregoing Certificate of Interested Persons was filed using CM/ECF and that on the same day the Certificate of Interested Persons was served via CM/ECF on David Donet, Jr. Esq., counsel for Freddy Parks.

s/Emily M. Smachetti  
Emily M. Smachetti  
Chief, Appellate Division

*iw*